**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 2:22-cv-03476-MEMF-KES                           Date:  July 27, 2022

Title: SOFIA OJEDA v. KILOLO KIJAKAZI

PRESENT:

THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE

| Jazmin Dorado | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**          **Order to Show Cause**


      Per the Court's Order issued on May 26, 2022, Plaintiff was required to promptly serve the summons and complaint on the government in accordance with Rule 4(i) of the Federal Rules of Civil Procedure and to file an appropriate proof of service within 30 days.  (Dkt. 10.)  Thirty days has passed, and Plaintiff has not filed any proof of service.

      Therefore, on or before **August 3, 2022**, Plaintiff shall either (1) file a proof or service, or (2) file a status report explaining why Defendant has not yet been served.  Failure to do one or the other or to show diligence in the service process may result in summary dismissal of this lawsuit.


Initials of Deputy Clerk <u>JD</u>