LISA C. GILINGER LAW OFFICES
LISA GILINGER
635 N. Alisos Street
Santa Barbara, California 93103-2557
Telephone Number: 805-568-5370
Fax number: 805-568-5149
E-mail: lisa@lisagilinger.com

Attorney for Plaintiff

E. MARTIN ESTRADA
United States Attorney
DAVID HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
CHRISTOPHER D. VIEIRA
Special Assistant United States Attorney
    Social Security Administration
    6401 Security Boulevard
    Baltimore, Maryland 21235
    Telephone: (510)-970-0848
    E-Mail: Christopher.Vieira@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT,
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOFIA OJEDA,<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br>Commissioner, Social Security,<br><br>    Defendant. | CASE NO. 2:22-cv-3476-KES<br><br>CORRECTED CASE NUMBER<br>[~~Proposed~~] ORDER AWARDING EAJA FEES |

-2-

Based upon the parties' Stipulation for Award of EAJA Fees, IT IS ORDERED that fees and expenses in the amount of $6,400.00, as authorized by 28 U.S.C. § 2412, and costs in the amount of $0 as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE: July 26, 2023

*Karen E. Scott*

KAREN E. SCOTT
United States Magistrate Judge